No. 01–6264. IN RE WASHINGTON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 00–1693. MIRANDA ET AL. *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 00–9303. ALLEN *v.* MEYERS ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–10622. LAW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10769. MANN *v.* THALACKER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–213. INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA *v.* UNITED STATES FOREST SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–220. HERRERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–228. LAFFERTY *v.* UTAH. Sup. Ct. Utah. Certiorari denied.

No. 01–240. ROBOTIC VISION SYSTEMS, INC. *v.* VIEW ENGINEERING, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 01–246. MORTENSON *v.* ROCK SPRINGS VISTA DEVELOPMENT CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–258. LIEBEL *v.* GRANT ET AL. App. Ct. Conn. Certiorari denied.